FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 0 6 2021 & 04-26-2021
FCI Alabama

MITCHELL R. ELFERS
CLERK OF COURT

Part F. Representation.                    CR 17-2490 KG

Letter of Representation   21cv452-KG

I am declaring in this moment, I do not have a lawyer to represent me due to my economic situation, I am the one writing this document with the knowledge of my books and my reading, "information and instructions for filing" a (MOTION UNDER 28 U.S.C. § 2255) and under the law of CONSTITUTION U.S.A. (United States).-

I am certain it would be read and open with the same intrest and you would approve and positive response in your honorable Court!

Appreciated your atention. —

Gabriela Ruiz Luján
Ruiz-Lujan Gabriela
Fed # 91158-051
CASE# 2:17CR02490-001KG

c.c. Honorable Court of New Mexico. Us DISTRICT COURT COMMITED
c.c. Honorable Court Middle District of Alabama. —